# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 14-00319-01-CR-W-DW |
| MARCUS S. CLARKE, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Report and Recommendation (Doc. 23) entered on April 2, 2015 by Magistrate Judge John T. Maughmer. To date, no party has filed objections to the Report and Recommendation. After a review of the record, including the Psychological Evaluation (Doc. 24) submitted by Licensed Psychologist Robert Johnson, Ph.D., and the applicable law, the Court adopts Judge Maughmer's determination and finds that Defendant is not presently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or from assisting properly in his defense. Accordingly, the Court concludes that Defendant is mentally competent to stand trial. The Report and Recommendation (Doc. 23) shall be attached to and made a part of this Order.

SO ORDERED.

Date: April 17, 2015

/s/ Dean Whipple
Dean Whipple
United States District Judge